```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NATANYA JONES,

                    Plaintiff,

vs.                                                              Civil Action No.:
                                                                 1:21-CV-04156-SDA

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2021

## ORDER

AND, NOW, this __15th__ day of October, 2021, upon consideration of Plaintiff's Motion for an extension of time to file Plaintiff's motion for judgment on the pleadings,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff's motion is due November 22, 2021. All subsequent deadlines are also extended by thirty (30) days.

Entered: October 15, 2021                          _____
                                                   Hon. Stewart D. Aaron
                                                   United States Magistrate Judge