UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NATANYA JONES,

                Plaintiff,

-v-

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                Defendant.
------------------------------------------------------------X

21 CIVIL 4156 (SDA)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/3/2021

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 3, 2021, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the administrative law judge will offer plaintiff the opportunity for a new hearing and to submit additional evidence; evaluate the medical evidence submitted to the Appeals Council with the Request for Review; and, issue a new decision.

**Dated:** New York, New York
         November 3, 2021

                                        RUBY J. KRAJICK

                                        Clerk of Court
                BY:
                                          *K. Mango*
                                          Deputy Clerk